Ralph Carl PULLIAM, Plaintiff–Appellant,

v.

NORTHSIDE INDEPENDENT SCHOOL DISTRICT; Ernest Garcia; Dennis Trujillio; Grantley Boxill; Rafael Salazar; Angie Gonzales; Joe Cortez; Maxine Latham; Brian

Scwhartz; Gina Elliot; Brian Woods; Leah Flores; Rick Gardner; Kay Cavanaugh; Jim Miller; Dr John Folks; Anne McCormick; Monte Earwood, Defendants–Appellees.

No. 06–51364
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

Ralph Carl Pulliam, San Antonio, TX, pro se.

Joe A. De Los Santos, Laura Christine Rodriguez, Walsh, Anderson, Brown, Schulze & Aldridge, San Antonio, TX, for Defendants–Appellees.

Before JONES, Chief Judge, and KING and DAVIS, Circuit Judges.

PER CURIAM: *

The court has carefully reviewed this appeal in light of the briefs and pertinent parts of the record. The district court correctly adopted the magistrate judge's recommendation, which included the conclusion that Pulliam filed his lawsuit more than ninety days after he received a Right–to–Sue letter from the Equal Employment Opportunity Commission. *See Taylor v. Books A Million, Inc.,* 296 F.3d 376, 379 (5th Cir.2002). The court did not abuse its discretion by declining to exercise supplemental jurisdiction over the state-law claims or by denying Pulliam's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

request for the appointment of counsel. *See Parker & Parsley Petroleum Co. v. Dresser Indus.*, 972 F.2d 580, 585 (5th Cir.1992); *see also Salmon v. Corpus Christi Indep. Sch. Dist.*, 911 F.2d 1165, 1166 (5th Cir.1990) (per curiam).

The judgment of the district court is **AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.